M. P. No. 77-55. SHIRLEY HUNTLEY v. DEPARTMENT OF EMPLOYMENT SECURITY. Petition for writ of certiorari is granted and the writ shall issue forthwith. Petitioner's motion to file

her petition in forma pauperis is granted. Bevilacqua, C.J. not participating. *David Green, Rhode Island Legal Services, Inc.*, for petitioner. *Irving J. Bilgor,* Legal Counsel, Board of Review, for respondent.